**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 98-10122
_____

LINDA GUADARRAMA; TERRI LYNN MOORE,

Plaintiffs-Appellees,

VERSUS

JOHN VANCE, ET AL.,

Defendants,

JOHN VANCE; NORMAN KINNE, Individually and in his
Official Capacity,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:95-CV-723-D)
_____

December 8, 1998

Before DAVIS, SMITH and WIENER, Circuit Judges.

PER CURIAM:[*]

The district court denied the defendant's motion for summary
judgment based on qualified immunity on grounds that genuine issues
of material fact were presented.  The district court did not
specifically identify those issues of material fact and we have
reviewed the record to determine whether the district court erred
in reaching this conclusion.  See Colston v. Barnhart, 146 F.3d 282

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir. 1998) (order denying rehearing en banc).  Upon review of the record, we agree with the district court that genuine issues of material fact are presented.  We therefore lack jurisdiction to further review the district court's judgment.

APPEAL DISMISSED.